FRED SIMCHA WANG, Appellant, v LSUC et al., Respondents, et al., Defendants.

Decided October 20, 2016

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of FOSTER WILLIAMS, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Submitted September 12, 2016; decided October 20, 2016

Motion to strike denied.